UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT RIVET,

       Plaintiff,   Civil Action No.
04-CV-72333-DT

vs.

                                                                                    HON. BERNARD A. FRIEDMAN

STATE FARM MUTUAL
AUTOMOBILE INSURANCE CO.,

       Defendant.
_____/

## ORDER GRANTING IN PART THE SILVERMAN COUNTER-DEFENDANTS' MOTION TO COMPEL STATE FARM TO SERVE ADEQUATE RESPONSES (DKT. NO. 187)

On July 26, 2006, this matter came before the Court on the Silverman Counter-Defendants' Motion to Compel State Farm to Serve Adequate Responses. A hearing was held and oral argument heard. For the reasons stated on the record,

IT IS ORDERED that the Silverman Counter-Defendants' Motion to Compel State Farm to Serve Adequate Responses is granted in part. State Farm is to produce a summary of its damages and the underlying data used in the calculation of those damages. Further, in the event that State Farm obtains additional information that causes its calculation of damages to change, State Farm must promptly supplement its answers. At this time, State Farm need not produce a new 30(b)(6) witness.

                                                           __s/Bernard A. Friedman_____
                                                           BERNARD A. FRIEDMAN
                                                           CHIEF UNITED STATES DISTRICT JUDGE

Dated:   August 2, 2006
         Detroit, Michigan

**I hereby certify that a copy of the foregoing document
was served this date upon counsel of record
electronically and/or via first-class mail.**

_____/s/ Patricia Foster Hommel_____
      **Patricia Foster Hommel**
   **Secretary to Chief Judge Friedman**