UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT RIVET,

       Plaintiff,   Civil Action No.
04-CV-72333-DT
vs.
HON. BERNARD A. FRIEDMAN
STATE FARM MUTUAL
AUTOMOBILE INSURANCE CO.,

       Defendant.
_____/

### ORDER DENYING SILVERMAN COUNTER-DEFENDANTS' MOTION FOR RECONSIDERATION (DKT. NO. 253)

The current matter comes before the Court on the Silverman Counter-Defendants' Motion for Reconsideration, filed on October 23, 2006. The motion asks the Court to reconsider its Order granting State Farm's Motion for Leave to Disclose Expert, which was issued on October 23, 2006.

Eastern District of Michigan Local Rule 7.1(g)(2), which applies to motions for reconsideration, states that "[n]o response to the motion and no oral argument are permitted unless the court orders otherwise." The Court will not order that a response be filed or that oral argument be heard on Counter-Defendants' motion.

Further, Local Rule 7.1(g)(3) requires that the "movant must not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case." The Court has had an opportunity to review the issues raised by the Motion for Reconsideration and to re-review its Order granting State Farm's Motion for Leave to Disclose Expert. The Court finds that such review does not result in a different disposition. Therefore, the Court believes that its decision should be upheld. Accordingly,

IT IS ORDERED that the Silverman Counter-Defendants' Motion for Reconsideration is denied.

        s/Bernard A. Friedman
BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE

Dated: October 25, 2006
       Detroit, Michigan